No. 10–913. ABCARIAN *v.* MCDONALD ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–915. CITY OF CLEVELAND, OHIO *v.* AMERIQUEST MORTGAGE SECURITIES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–917. HILLSIDE PRODUCTIONS, INC., ET AL. *v.* MACOMB COUNTY, MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 10–921. ADAMS *v.* TRIMBLE ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 10–922. DIAMOND *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 10–923. MUNOZ-MEJIA *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 10–934. LAKSHMINARASIMHA *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–942. HENZLER ET AL. *v.* SALAZAR, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–959. CARDEN *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied.

No. 10–964. ROMERO *v.* BUHIMSCHI ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–967. ADEDIRAN *v.* HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 10–970. LIVONIA PROPERTIES HOLDINGS, LLC *v.* 12840–12976 FARMINGTON ROAD HOLDINGS, LLC. C. A. 6th Cir. Certiorari denied.

No. 10–974. BURLINGTON BASKET CO. *v.* NEWBERRY. C. A. 8th Cir. Certiorari denied.